# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:21-mj-00058 & 1:21-mj-00235
**Type:** Initial Appearance on Complaint
**Caption:** USA v. Eric Gene Barber  **Judge:** Judge Tinsley

**Started:** 3/3/2021 4:11:16 PM
**Ends:** 3/3/2021 4:58:57 PM  **Length:** 00:47:42

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Eric Gene Barber
Assistant U.S. Attorney: Joshua C. Hanks
Assistant Federal Public Defender: Rhett H. Johnson
Probation Officer: Heather Edwards
Court Reporter: CourtSmart

**INITIAL APPEARANCE – WARRANT OF REMOVAL (OUT OF DISTRICT WARRANT)**

| Time | Event |
|---|---|
| 4:16:40 PM | Judge Dwane L. Tinsley |
| 4:16:54 PM | Case called (for both districts), noted appearances of counsel, and the person named in the warrant is present in courtroom |
| 4:18:11 PM | Assistant Federal Public Defender: Rhett H. Johnson |
| 4:18:14 PM | Objects to streaming |
| 4:18:44 PM | Court takes recess |
| 4:18:50 PM | Recording Paused |
| 4:41:31 PM | Recording Resumed |
| 4:42:33 PM | Judge Dwane L. Tinsley |
| 4:42:39 PM | Assistant U.S. Attorney: Joshua C. Hanks |
| 4:43:19 PM | Judge Dwane L. Tinsley |
| 4:43:51 PM | Assistant Federal Public Defender: Rhett H. Johnson |
| 4:44:12 PM | Judge Dwane L. Tinsley |
| 4:47:02 PM | Denies objection |
| 4:48:58 PM | Case called (for both districts), noted appearances of counsel, and the person named in the warrant is present in courtroom |
| 4:49:26 PM | Does the person before the Court wish to have an Identity hearing to determine if he/she is the person named in the charging document and warrant? |
| 4:49:53 PM | No Identity Hearing requested in this district – Waiver of Rule5 & 5.1 Hearings will be filed with Clerk |
| 4:50:05 PM | Stated rights of defendant and defendant acknowledged these rights |
| 4:50:31 PM | Defendant: Eric Gene Barber |
| 4:50:34 PM | Defendant stated name on the record |
| 4:50:47 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 4:50:58 PM | Ordered the appointment of the Office of the FPD or an attorney on the CJA Panel for purposes of proceedings in this district only |
| 4:51:29 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 4:51:50 PM | Stated violation(s) in charging document and possible penalties |
| 4:52:57 PM | You have the right to a preliminary hearing. |
| 4:53:02 PM | Defendant shall next appear for a preliminary hearing on March 10, 2021 at 1:00 p.m. in the District of Columbia |
| 4:54:05 PM | Assistant U.S. Attorney: Joshua C. Hanks |
| 4:54:08 PM | Not moving for defendant to be detained |
| 4:54:23 PM | Judge Dwane L. Tinsley |
| 4:54:27 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| 4:56:16 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 4:56:40 PM | Due Process Protections Act of 2020 |
| 4:58:13 PM | Anything else counsel wishes to address? |
| 4:58:37 PM | Hearing Adjourned |